

**Chambliss, Bahner & Stophel, P.C.**
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
chamblisslaw.com

**Catherine S. Dorvil**
Direct Dial (423) 757-0240
Direct Fax (423) 508-1240
cdorvil@chamblisslaw.com
Also Licensed in FL

April 8, 2022

**VIA Email** mabelow@srvhlaw.com

Michael G. Abelow
Sherrard Roe Voigt Harbison
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

**RE:  Joint Venture Agreement between Z. Cartter Patten, W.A. Bryan Patten, and C. Lee Eggert**

Dear Mr. Abelow:

This letter responds to the portions of your letter dated April 6, 2022 that are directed to Cartter Patten. This firm does not represent Mr. Bryan Patten.

You have asserted that Cartter Patten faces a high burden to produce evidence of his lack of capacity at the time the Joint Venture Agreement ("Agreement") was executed.  Cartter's representatives are aware of the burden and feel confident that such burden can be met through the testimony of Cartter's treating physicians.

In any event, and reserving all legal defenses invalidating the Agreement, our letter of March 24, 2022 makes clear that Cartter's representatives have not entirely foreclosed the possibility of closing on the transaction.  Before Cartter's representatives will even consider selling Cartter's property, they must have evidence that Mr. Eggert has sufficient funds to close.  Please provide such evidence as soon as possible, and no later than April 15, 2022.

Sincerely,

*Catherine Dorvil*

Catherine S. Dorvil

CSD/tlt