UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| C. LEE EGGERT, ) | |
| ) | Case No. 1:22-cv-112 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| Z. CARTER PATTEN and W.A. BRYAN ) | |
| PATTEN, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

The undersigned district judge **RECUSES** himself in this case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**